USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SANDY GRACIANO, on behalf of himself and all :
other persons similarly situated                                 :
                                                                 :
                                            Plaintiff,           :      1:21-cv-6724-GHW
                                                                 :
            -against-                                            :      ORDER
                                                                 :
CHELSEA TRADING & IMPORT CO.,                                    :
                                            Defendant.           :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    Plaintiff's November 19, 2021 request to adjourn the pre-trial conference, Dkt. No. 10, is granted. The initial pre-trial conference is adjourned to February 4, 2022 at 4:00 p.m.

    The Clerk of Court is instructed to terminated the motion at Dkt. No. 10.

    SO ORDERED.

Dated: November 19, 2021
New York, New York
                                            GREGORY H. WOODS
                                          United States District Judge